| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:<br>**NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____    Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
Bend Arch Petroleum Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
7 4 – 3 1 2 8 9 1 1

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **101 W. Lee Avenue**<br>Number    Street | Number    Street |
| | P.O. Box |
| **Graford    TX    76449**<br>City    State    ZIP Code | City    State    ZIP Code |
| **Palo Pinto**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Bend Arch Petroleum Inc.** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  Check all that apply:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Bend Arch Petroleum Inc.**_____   Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____ Case number _____<br>                                                                        MM / DD / YYYY<br>           District _____  When _____ Case number _____<br>                                                                        MM / DD / YYYY<br>           District _____  When _____ Case number _____<br>                                                                        MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>           District _____  When _____<br>                                                                     MM / DD / YYYY<br>           Case number, if known _____<br><br>           Debtor _____  Relationship _____<br>           District _____  When _____<br>                                                                     MM / DD / YYYY<br>           Case number, if known _____ |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Official Form 201                     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                     page 3

Debtor **Bend Arch Petroleum Inc.**_____   Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                            Number    Street

                            _____

                            _____
                            City                State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____
        Contact name       _____
        Phone              _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  **Bend Arch Petroleum Inc.**  Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/05/2024**
MM / DD / YYYY

X **/s/ Johnnie Lee Bitters**
Signature of authorized representative of debtor
**Johnnie Lee Bitters**
Printed name
**President**
Title

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer**       Date **02/05/2024**
Signature of attorney for debtor            MM / DD / YYYY

**Joyce W. Lindauer**
Printed name
**Joyce Lindauer**
Firm name
**Joyce W. Lindauer Attorney, PLLC**
Number       Street
**1412 Main Street, Suite 500**

**Dallas**                              **TX**         **75202**
City                                    State         ZIP Code

**(972) 503-4033**                      **joyce@joycelindauer.com**
Contact phone                           Email address
**21555700**                            **TX**
Bar number                              State

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:   **Bend Arch Petroleum Inc.**  CASE NO

CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/5/2024  Signature  /s/ Johnnie Lee Bitters
*Johnnie Lee Bitters*
*President*

Date _____  Signature _____

```
Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


AWF Logistics, LLC
213 W. Haynie Avenue
Calera, OK 74730


Borderline Operating Corp.
PO Box 360
Graham, TX 76450


BPS Supply Group
PO Box 60006
Los Angeles, CA 90060-0006


Bridgeport Fishing and Rental Tools Inc.
218 Lake Rd.
Bridgeport, TX 76426


Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711


Core Chemical Services, LLC
1326 Normandy Dr.
Graham, TX 76450


Cross Plains Oil Field Service
PO Box 850
Mineral Wells, TX 76068


Desperado Transport, LLC
7417 E. County Rd. 93
Midland, TX 79706
```

```
Enlink Gas Marketing, LP
1722 Routh St., Suite 1300
Dallas, TX 75201



Epic Lift Systems
14485 US Highway 377 South
Fort Worth, TX 76126



First State Bank Graham
1526 Fourth St.
Graham, TX 76450



Global Compression Services
15 Smith Rd., Suite 4000
Midland, TX 79705



GW Wireline Inc.
PO Box 725
Mineral Wells, TX 76068



Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas   75242


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


J-W Power Company
16479 N. Dallas Parkway
Suite 850, LB-8
Addison, TX 75001


Jack County Tax  Office
100 N. Main St., Suite 209
Jacksboro, TX 76458
```

```
Jeff Bilby's Engine & Compressor LLC
215 Lake Rd.
Bridgeport, TX 76426



Jimmie Kyle Travis
1690 Advance Rd.
Weatherford, TX 76088



L Chem Tech Co Inc.
254 W. Industrial Blvd.
Graham, TX 76450



Natural Gas Services Group, Inc.
508 W. Wall St., Su ite 550
Midland, TX 79701



Nine Energy Service
13119 Hwy 199 West
Poolville, TX 76487



Palo Pinto County Tax Office
PO Box 160
Palo Pinto, TX 76484-0160



Parker County Appraisal District
1100 Santa Fe Drive
Weatherford, TX 76086-5818



Reliant
PO Box 1532
Houston, TX 77251-1532



Renegade Investments, et al
PO Box 7180
Granbury, TX 76049
```

Rowe Electric
412 Pennsylvania Ave.
Graham, TX 76450


Scout Equipment Sales & Service
PO Box 130
Millsap, TX 76066


Silver A. Wolf Testers L.L.C.
17441 US 281
Windthorst, TX 76389


Superior Optimization Ltd.
2100 N. Main St., Unit 100
Fort Worth, TX 76164


Tomsha LLC
2173 FM 1191 South
Bryson, TX 76427


Tri-County Electric Co-Op
200 Bailey Ranch Road
Aledo, TX 76008


Tubing Testers, Inc.
PO Box 655
Archer City, TX 76351


U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530

Vicki Palmour Consulting, LLC
PO Box 1925
Graham, TX 76450


Waggoner Supply Inc.
333 Cliff Drive
Graham, TX 76450


Western Marketing, Inc.
816 S. Blue Mound Rd.
Fort Worth, TX 76131


White's Magneto Supply
1413 Wise St.
Bowie, TX 76230


Wise County Appraisal District
400 E. Business 380
Decatur, TX 76234-3165